```
                IN THE UNITED STATES DISTRICT COURT
              FOR THE EASTERN DISTRICT OF PENNSYLVANIA

BRIAN SIMON                         :        CIVIL ACTION
                                    :
          v.                        :
                                    :
FIRST SAVINGS BANK OF INDIANA,      :        NO. 23-721
ET AL.                              :
```

## ORDER

AND NOW, this 14th day of September 2023, for the reasons stated in the foregoing Memorandum, it is hereby ORDERED that:

(1) the motion of defendants to dismiss this action for lack of personal jurisdiction (Doc. #18) is DENIED;

(2) the motion of defendant to dismiss for improper venue (Doc. #18) is DENIED; and

(3) the alterative motion of defendants to transfer this action to the United States District Court for the Southern District of Indiana (Doc. #18) is DENIED.

BY THE COURT:

/s/ Harvey Bartle III
                    J.