```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA

BRIAN SIMON                      :        CIVIL ACTION
                                 :
          v.                     :
                                 :
FIRST SAVINGS BANK OF INDIANA,   :        NO. 23-721
et al.                           :
```

ORDER

AND NOW, this 8th day of August, 2024, for the reasons stated in the foregoing memorandum, it is hereby ORDERED that the Motion of Defendants First Savings Bank of Indiana and First Savings Financial Group, Inc. for Summary Judgment (Doc. #37) is GRANTED.

BY THE COURT:

/s/ Harvey Bartle III_____
                         J.