```
               IN THE UNITED STATES DISTRICT COURT
             FOR THE EASTERN DISTRICT OF PENNSYLVANIA

BRIAN SIMON                         :         CIVIL ACTION
                                    :
          v.                        :
                                    :
FIRST SAVINGS BANK OF INDIANA,      :         NO. 23-721
et al.                              :
```

### JUDGMENT

AND NOW, this 8th day of August, 2024, it is hereby ORDERED that judgment is entered in favor of Defendants First Savings Bank of Indiana and First Savings Financial Group, Inc. and against Plaintiff Brian Simon.

```
                                    BY THE COURT:


                                    /s/ Harvey Bartle III
                                                              J.
```